JOSEPH RIEDEL GLASS WORKS, INC., Appellant and Respondent, *v.* FRANCIS W. KURTZ & Co., INC., Defendant. WILLIAM O. VAN KEEGAN, Respondent and Appellant.

Argued October 21, 1941; decided November 27, 1941.

*Barnett L. Kulak* for plaintiff, appellant and respondent.
*Milton H. Greenwald, George H. Zator* and *Solomon Goldman* for William O. Van Keegan, respondent and appellant.

On appeal by Van Keegan: Order affirmed, with costs. On appeal by Joseph Riedel Glass Works, Inc.: Appeal dismissed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.